UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
EPIPHANY LAZARU KING LAZARRE, )
         Plaintiff, )
         v. )    Civil Action No. 18-12260-DJC
THOMAS A. TURCO, III, Commissioner, )
         Defendants. )
)

## ORDER

**CASPER, J.**         **May 14, 2019**

Plaintiff Ephiphany Lazaru King Lazarre ("Lazarre"), a prisoner in custody at the Old Colony Correctional Center, originally filed a *pro* se complaint against fifty-eight defendants for alleged "medical malpractices, damages, conscious pain and suffering and emotional distress, neglects, discriminations, civil rights, crimes, threats, manipulation, racism, contraband, false punishments, malicious abuses, [unintelligible], defamations, violations, lost wages, traumas and the voices of the martyrs and others I will bring to court very soon". D. 1, p. 30, *see also id.* p. 3 (introduction).

By Memorandum and Order dated April 9, 2019, the Court ordered Lazarre to file an amended complaint curing the pleading deficiencies of the original complaint and setting forth plausible claims upon which relief may be granted. D. 12. Now before the Court is Lazarre's amended complaint. D. 14. Although the original complaint named fifty-eight defendants, the factual allegations in the amended complaint are limited to eleven identified defendants.

Having reviewed the amended complaint, the Court will allow plaintiff's claims to proceed beyond screening as to the eleven identified defendants. The claims against the remaining forty-seven (47) defendants are dismissed pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A(b) for failing to state a claim on which relief may be granted.

The amended complaint also contains allegations against defendants identified as "John Doe," "Dr. 'U'" and the medical director. Although the use of fictitious names to identify defendants is not favored, situations may arise where the identity of an alleged defendant cannot be known prior to the filing of a complaint. *See Martínez-Rivera v. Ramos*, 498 F.3d 3, 8 (1st Cir. 2007). If, through discovery, the plaintiff discovers the true names of the unidentified defendants, he "should act promptly to seek leave to amend the complaint to substitute the correct parties and to dismiss any baseless claims." *Id.* at 8 n. 5.

For the foregoing reasons, the Court rules as follows:

1. The Clerk shall issue a summons as to Superintendent Suzanne Thibault, Dr. Milliken Souza, Dr. John Straus, Emily Holmes, Sgt. Carton Michael, Sgt. Amaral Michael, Officer Aaron Beausoleil, Massachusetts Partnership for Correctional Health ("MPCH"), Lemuel Shattuck Hospital, the Suffolk County Nashua Jail and the Department of Mental Health.

2. The claims against the remaining forty-seven (47) defendants are dismissed pursuant to 28 U.S.C. § 1915(e)(2); 28 U.S.C. § 1915A(b) for failing to state a claim on which relief may be granted.

3. The Clerk shall send the summonses, a copy of the amended complaint, and this Order to the plaintiff, who must thereafter serve the eleven identified defendants in accordance with Federal Rule of Civil Procedure 4(m). The plaintiff may elect to have service made by the United States Marshals Service ("USMS"). If directed by the plaintiff to do so, the USMS shall serve the

summonses, amended complaint, and this Order upon the defendants, in the manner directed by the plaintiff, with all costs of service to be advanced by the USMS.  It is plaintiff's responsibility to provide the USMS with all necessary paperwork and service information.

    4.  Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the plaintiff shall have 90 days from the date of this Order to complete service.

**SO ORDERED.**

                                                           /s. Denise J. Casper
                                                           Denise J. Casper
                                                           United States District Judge